Same case below, 599 F.3d 1093.

**No. 10-704. Curt Messerschmidt, et al., Petitioners v. Augusta Millender, et al.**

564 U.S. 1035, 131 S. Ct. 3057, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4852.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 620 F.3d 1016.

**No. 10-844. Caraco Pharmaceutical Laboratories, Ltd., et al., Petitioners v. Novo Nordisk A/S, et al.**

564 U.S. 1035, 131 S. Ct. 3057, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4901.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 601 F.3d 1359.

**No. 10-1016. Daniel Coleman, Petitioner v. Court of Appeals of Maryland, et al.**

564 U.S. 1035, 131 S. Ct. 3059, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4972.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 626 F.3d 187.

**No. 10-1121. Dianne Knox, et al., Petitioners v. Service Employees International Union, Local 1000.**

564 U.S. 1035, 131 S. Ct. 3061, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4827.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 628 F.3d 1115.

**No. 10-1195. Marcus D. Mims, Petitioner v. Arrow Financial Services, LLC.**

564 U.S. 1036, 131 S. Ct. 3063, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4882.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 421 Fed. Appx. 920.